UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
JUL 22 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW "DIRTY" VIDAURRI (2), <br><br> Defendants. | CRIM. NO. SA-11-CR-0675 FB <br><br> **S U P E R S E D I N G** <br> **I N F O R M A T I O N** <br><br> [■Vio: 18 U.S.C. § 1962: Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering] |

**THE UNITED STATES ATTORNY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 1962(d)]
[Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering]

Beginning in January 2008, the exact date being unknown to the Grand Jury, and continuing thereafter up to the date of the Indictment, in the Western District of Texas and elsewhere, the Defendants,

**ANDREW "DIRTY" VIDAURRI (2),**

together with others known and unknown to the Grand Jury, being persons employed by and associated with the enterprise known as the Texas Syndicate, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly, and intentionally, did combine, conspire, confederate, and agree together and with each other and with others known and unknown to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, to-wit:

Conspiracy to Distribute Narcotics

Beginning in the at least around January 2008, the exact date being unknown, and continuing to the date of this Indictment, in the Northern, Southern, Eastern, and Western Districts of Texas, and other parts of the United States, **ANDREW "DIRTY" VIDAURRI (2),** knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed together and with others known and unknown to distribute and to possess with intent to distribute a controlled substance, which offense involved a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, and

Distribution of Narcotics

That on multiple occasions between January 1, 2009 and December 7, 2011, in the Western District of Texas, **ANDREW "DIRTY" VIDAURRI (2)**, did unlawfully, knowingly, and intentionally distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

ROBERT PITMAN
United States Attorney

By: _____
JOEY CONTRERAS
Assistant United States Attorney