UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. SA-11-CR-675(2)-FB |
| | § | |
| ANDREW VIDAURRI | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ANDREW VIDAURRI, one of the Defendants in the above styled and numbered cause, and files this Advisory to the Court. On September 11, 2013, undersigned was informed that the Defendant Vidaurri had filed a letter with the Court requesting the withdrawal of counsel and this matter has been set on the Court's docket for September 19, 2013. On September 12, 2013, undersigned and co-counsel met with the Defendant Vidaurri at the Geo facility. After discussing this matter, the Defendant Vidaurri wrote the attached letter for undersigned to provide to this Court. The Defendant Vidaurri desires to continue to be represented by the undersigned and co-counsel and has decided to waive the hearing scheduled for September 19, 2013 regarding the withdrawl of counsel.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
(210) 354-1919
(210) 354-1920 (Fax)

Attorney for the Defendant,
ANDREW VIDAURRI

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of September 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Joey Contreras, Assistant United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, and I certify that there are no non-CM/ECF participants.

               /s/ Michael C. Gross

Your Honor, 9-12-13

I would like to withdraw my motions to withdraw Attorneys. I've agreed to continue with my court date. I do not want the hearing on 9-19-13.

X [signature]

Andrew Vidaurri