SEALED/EXPARTE MOTION
MOTION TO WITHDRAW PLEA

Your Honor,

    I would like to withdraw my plea for reasons set in my motion to withdraw counsel.

    I also ask for mercy on the wait for trial if possible the first opening the court find if it could consider granting me my due trial.

Your Honor,

    Please I request the court to afford me my due day in court in order to be heard and judge by Jury. Thank you for your time has well service

/S/Andrew Vidaurri
x Andrew Vidaurri

I pray the court grant this motion to ensure rights under Sixth and Fourteenth United States Constitution. Are guaranteed to I.

/S/Andrew Vidaurri
x

Cause No. SA-11-CR-675FB

Andrew Vidaurri #80177280
218 South Laredo St.
San Antonio TX, 78207

INMATE CORRESPONDENCE

RECEIVED
SEP 13 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

District Clerk
655 E. Cesar E. Chavez Blvd.
San Antonio TX, 78206

78206110675